# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **John Murphree,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | Case No. 10-3516-CV-S-JTM |
| ) | |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On Friday, February 10, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed July 15, 2011 [Doc. 8]; the *Brief For Defendant*, filed September 27, 2011 [Doc. 9]; and *Plaintiff's Reply Brief*, filed October 21, 2011 [Doc 12]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                              */s/ John T. Maughmer*
                                            **JOHN T. MAUGHMER**
                                            **U. S. MAGISTRATE JUDGE**